O R D E R
No. 98-11343
- 1 -

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41426
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MURRICE OWEN MEGGIE,

Defendant-Appellant.

----------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-98-CR-211-1
----------------------
March 13, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Murrice Owen Meggie has filed a
motion to withdraw and a brief pursuant to Anders v. California,
386 U.S. 738 (1967). Meggie was sent a copy of counsel's motion
and brief, and he has filed a pro se response. Our review of the
briefs filed by counsel and Meggie and of the record discloses no
nonfrivolous point for appeal. Accordingly, the motion for leave
to withdraw is GRANTED, counsel is excused from further
responsibilities, and the APPEAL IS DISMISSED. See 5TH CIR. R.
42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.